No. 02–1055. WOODFORD, WARDEN *v.* PAYTON. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Woodford v. Garceau, ante*, p. 202.

No. D–2335. IN RE DISBARMENT OF KOVLER. Disbarment entered. [For earlier order herein, see 537 U. S. 1085.]

No. 02M81. HUNTERSON *v.* DISABATO ET AL.;
No. 02M82. HUTH *v.* YOUNG, JUDGE;
No. 02M83. BARKER *v.* BAYLESS;
No. 02M85. CUNNINGHAM *v.* LEWENSON ET AL.; and
No. 02M86. HOLT *v.* STATE ATTORNEY OFFICE. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 02M84. EVANS *v.* ARKANSAS BOARD OF EDUCATION ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time under this Court's Rule 14.5 denied.

No. 02M88. REID *v.* TENNESSEE. Motion for leave to proceed *in forma pauperis* without an affidavit of indigency executed by petitioner denied.

No. 02–249. PEABODY COAL CO. *v.* GROVES ET AL., 537 U. S. 1147. Motion of respondent Wilma J. Groves for attorney's fees denied without prejudice to filing in the United States Court of Appeals for the Sixth Circuit. JUSTICE SCALIA took no part in the consideration or decision of this motion.

No. 02–628. FREW, ON BEHALF OF HER DAUGHTER, FREW, ET AL. *v.* HAWKINS, COMMISSIONER, TEXAS HEALTH AND HUMAN SERVICES COMMISSION, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 905.] Motion of the parties to dispense with printing the joint appendix granted.